U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 22 2010

CHRIS R. JOHNSON, CLERK

BY ⁘⁘

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRAVIS DETWEILER                                                    PLAINTIFF

v.                          Civil No. 10- 2027

SEBASTIAN COUNTY
DETENTION CENTER                                                  DEFENDANT

### ORDER

Travis Detweiler, currently an inmate of the Diagnostic Unit of the Arkansas Department of Correction, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. **The United States District Clerk is directed to file the complaint.**

The complaint and the *in forma pauperis* (IFP) application are not on forms approved by the court.[1] For this reason, **the clerk is directed to send Detweiler a set of forms to be used in filing a case under 42 U.S.C. § 1983. The set of forms includes a blank IFP application.** Plaintiff is given until **March 8, 2010**, to complete, sign, and return the complaint and IFP application on the forms approved by the court. **If the plaintiff fails to return the completed complaint and application to proceed IFP by March 8, 2010, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 22 day of February 2010.

*JMarschewski*

HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 9.1 of the Local Rules for the Eastern and Western Districts of Arkansas generally requires incarcerated persons to utilize court approved forms in actions brought under 42 U.S.C. § 1983.

-1-