IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


TRAVIS DETWEILER                                              PLAINTIFF

          v.                        Civil No.  10- 2027

EMPLOYER OF  DR.  TINSMAN;
NURSE LAURA;
EMPLOYER OF NURSE LAURA;
 and DR.  TINSMAN                                            DEFENDANTS


### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

          Plaintiff filed his Amended Complaint (Doc.  10) pursuant to 42 U.S.C. § 1983 on April

19, 2010.  In the Amended Complaint, Plaintiff names the Sebastian County Sheriff's Office as

a Defendant.  As the Sebastian County Sheriff's Office is not an entity capable of being sued, the

recommendation of the undersigned is that Defendant Sebastian County Sheriff's Office be

dismissed as a party to the above-styled action.  *See e.g., Dean v. Barber*, 951 F.2d 1210, 1214

(11th Cir.1992)("[s]heriff's departments and police departments are not usually considered legal

entities subject to suit"); *In re Scott County Master Docket,* 672 F.Supp. 1152, 1163 n. 1

(D.Minn.1987)(sheriff's department is not a legal entity subject to suit), *aff'd, Myers v. Scott

County,* 863 F.2d 1017 (8th Cir. 1989).  It is further recommended that any such dismissal be

without prejudice to Plaintiff supplementing the Amended Complaint with individuals from the

Sebastian County Sheriff's Office who he alleges violated his civil rights and service issuing upon

those individuals.

          **Plaintiff has fourteen (14) days from receipt of this report and recommendation in

which to file written objections pursuant to 28 U.S.C. 636(b)(1).  The failure to file timely**

-1-

AO72A

objections may result in waiver of the right to appeal questions of fact.  Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.

　　　　IT IS SO ORDERED this 7th day of May 2010.


　　　　　　　　　　　　　　　　　　　　*/s/ J.  Marschewski*
　　　　　　　　　　　　　　　　　　　　HON.  JAMES MARSCHEWSKI
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-2-

AO72A