IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRAVIS DETWEILER                                                                           PLAINTIFF

       v.                                    Civil No. 10- 2027

EMPLOYER OF DR. TINSMAN;
NURSE LAURA;
EMPLOYER OF NURSE LAURA;
and DR. TINSMAN                                                                            DEFENDANTS

## O R D E R

  This civil rights action was filed *in forma pauperis* (IFP), with an Amended Complaint filed on April 19, 2010. Pending before the undersigned are Motions (Docs. 7 and 9) by Plaintiff for this Court to issue subpoenas for medical records pursuant to Rule 45 of the Federal Rules of Civil Procedure.

  Plaintiff requests his medical records from Sparks Regional Medical Center in Fort Smith, Arkansas and from the Arkansas Department of Correction. Plaintiff has alleged he was denied medical care by defendants, and thus his medical history is at issue in this case.

  Accordingly, the clerk of court is directed to issue a subpoena duces tecum to the following:

  (1) Custodian of Medical Records of Sparks Regional Medical Center, 1001 Towson Avenue, Fort Smith, Arkansas 72901. The subpoenas should require the production of the following: a complete copy of the medical records of Mr. Travis Detweiler. A copy of these records should be delivered to the court, through the Pro Se Office, P.O. Box 1525, Fort Smith Arkansas, on or before **June 7, 2010.**

**The clerk of court is directed to serve the subpoena and a copy of this order on Sparks Regional Medical Center, via certified mail.**

(2) Medical Records Director of the Arkansas Department of Correction, P.O. Box 8707, Pine Bluff, Arkansas 71611. The subpoenas should require the production of the following: a complete copy of the medical records of Mr. Travis Detweiler. A copy of these records should be delivered to the court, through the Pro Se Office, P.O. Box 1525, Fort Smith Arkansas, on or before **June 7, 2010.**

**The clerk of court is directed to serve the subpoena and a copy of this order on the Arkansas Department of Correction, via certified mail.**

**IT IS SO ORDERED this 7th day of May 2010.**

                                                */s/ J. Marschewski*
                                                HON. JAMES MARSCHEWSKI
                                                UNITED STATES MAGISTRATE JUDGE

AO72A