IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRAVIS DETWEILER                                                              PLAINTIFF

      v.                                            Civil No.  10- 2027

SHERIFF FRANK ATKINSON, *in his official capacity*;
NURSE LAURA;
and DR.  TINSMAN                                                              DEFENDANTS

## O R D E R

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before July 30, 2010.

IT IS SO ORDERED this 27th day of May 2010.

                                                      */s/ J.  Marschewski*
                                                      HON.  JAMES MARSCHEWSKI
                                                      UNITED STATES MAGISTRATE JUDGE