IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRAVIS DETWEILER                                              PLAINTIFF

v.                               Civil No. 10-2027

SHERIFF FRANK ATKINSON, *in his official capacity*;
NURSE LAURA;
and DR. TINSMAN                                    DEFENDANTS

## ORDER

This civil rights action was filed *in forma pauperis* (IFP), with an Amended Complaint filed on April 19, 2010. On May 7, 2010, this Court issued an Order (Doc. 12) granting Plaintiff's Motion for Subpoena, and issued a subpoena to Sparks Regional Medical Center for the medical records of Plaintiff.

On or about May 24, 2010, this subpoena was returned to the Court, and the custodian of records for Sparks Regional Medical Center indicated a patient ID, social security number, or date of birth would be necessary for the subpoena to be processed and medical records provided.

Accordingly, the clerk of court is directed to re-issue a subpoena duces tecum to the following:

Custodian of Medical Records of Sparks Regional Medical Center, P.O. Box 2406, Fort Smith, Arkansas 72917. The subpoenas should require the production of the following: a complete copy of the medical records of Mr. Travis Detweiler, birth date         A copy of these records should be delivered to the court, through the Pro Se Office, P.O. Box 1525, Fort Smith Arkansas, on or before **July 6, 2010.**

-1-

The clerk of court is directed to serve the subpoena and a copy of this order on Sparks Regional Medical Center, via certified mail.

IT IS SO ORDERED this 4th day of June 2010.

/s/ J. Marschewski
HON. JAMES MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
/ESTERN DISTRICT ARKANSAS
FILED

JUN 04 2010

CHRIS R. JOHNSON, CLERK

BY  DEPUTY CLERK