```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

**TRAVIS DETWEILER**                                          **PLAINTIFF**

       v.            Civil No. 10-2027

**EMPLOYER OF DR. TINSMAN;**
**NURSE LAURA; EMPLOYER OF**
**NURSE LAURA; and DR.**
**TINSMAN**                                                   **DEFENDANTS**

### O R D E R

Now on this 9th day of June, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #11), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claim against Sebastian County Sheriff's Office is hereby **dismissed**.

**IT IS FURTHER ORDERED** that this matter is **remanded** to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE