```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

TRAVIS DETWEILER                                           PLAINTIFF

v.                     Case No. 2:10-CV-02027

NURSE LAURA, DR. TINSMAN, and
SHERIFF FRANK ATKINSON                                    DEFENDANTS

## O R D E R

On this 17th day of March 2011, there comes on for consideration the Report and Recommendation (Doc. 48) filed in this case on February 22, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. No objections to the Report and Recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendants' Motion for Summary Judgment (Doc. 28) is **GRANTED.**

IT IS SO ORDERED this 17th day of March 2011.

                                    /s/ Paul K. Holmes, III
                                    Paul K. Holmes, III
                                    United States District Judge